IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

CHRISTOPHER CAMPOS, 868973

       Petitioner,

-v.-                                                                Case No. 1:18-cv-1096

GREG SKIPPER, Warden,                             HON. GORDON J. QUIST
Michigan Reformatory,                                 MAG. RAY S. KENT

       Respondent.
_____/

## MOTION TO WITHDRAW AS COUNSEL

James S. Lawrence, Attorney at Law, hereby moves to withdraw as counsel from this case, as required by order of the Attorney Discipline Board, effective June 11, 2020, Case No. 18-130-GA, suspending him from the practice of law for a period of 100 days.

/s/ James S. Lawrence
_____
JAMES STERLING LAWRENCE (P33664)
235 S. Gratiot Ave.
Mt. Clemens, MI  48043
(586) 222-5459
ynot@earthlink.net

Date: 6-10-2020