UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CHRISTOPHER CAMPOS #868793,

    Petitioner,                        Case No. 1:18-CV-1096

v.                                           HON. GORDON J. QUIST

GREG SKIPPER,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO WITHDRAW

Petitioner, Christopher Campos, has filed a petition for writ of habeas corpus pursuant to 21 U.S.C. § 2254. (ECF No. 1.) On May 15, 2020, U.S. Magistrate Judge Ray Kent issued a Report and Recommendation (R. & R.), recommending that the Court dismiss Campos' Petition. (ECF No. 12.) No objections were filed pursuant to 28 U.S.C. § 636(b). Therefore, the Court will adopt the R. & R.

On June 10, 2020—over a week after the objection period had expired—Campos' attorney filed a motion to withdraw from this case. (ECF No. 13.) The Court will grant Campos' attorney's motion and permit him to withdraw from this case. Furthermore, because the motion was filed after the objection period had already expired, the Court will still adopt the R. & R.

**THEREFORE, IT IS HEREBY ORDERED** that the Campos' attorney's motion to withdraw as attorney (ECF No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that the May 15, 2020, Report and Recommendation (ECF No. 12) is **approved** and **adopted** as the Opinion of the Court. Petitioner's habeas corpus petition is **DENIED** for the reasons set forth in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **DENIED** as to each issue asserted for the reasons set forth in the Report and Recommendation. Petitioner has not demonstrated that reasonable jurists would find the Court's rulings debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473 (2000); *Murphy v. Ohio*, 263 F.3d 466, 466-67 (6th Cir. 2001).

A separate judgment will enter.

This case is **concluded**.

Dated: June 15, 2020                                                              /s/ Gordon J. Quist
                                                                                                   GORDON J. QUIST
                                                                                       UNITED STATES DISTRICT JUDGE